# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. CR08-116-RSL |
| v. | **PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |
| BRANDON DWAYNE FOSTER, | |
| Defendant. | |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on January 20, 2010. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Annette Hayes, and defendant was represented by Jay Stansell. Also present was U.S. Probation Officer Gina Martinis. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on March 3, 2006 by the Honorable Sam E. Haddon in the District of Montana for Possession of Child Pornography. He received 27 months of detention and 3 years of supervised release. On October 16, 2007, Mr. Foster's first term of supervised release commenced in the Western District of Washington.

On September 30, 2008, a no action report was submitted to the Court after Mr. Foster had

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE - 1

unauthorized contact with children and went to a bath house and viewed adult pornography. This recommendation for no action was ordered by Judge James L. Robart. On September 23, 2009, a modification of supervised release was signed by the Court to place Mr. Foster in the residential reentry center for a period of up to 120 days to allow him time to secure approved housing and to address his violation as they pertained to his sex offender treatment.

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated January 15, 2010, Senior U.S. Probation Officer Jennifer J. Tien alleged that defendant violated the following conditions of supervised release:

1. Failing to comply with the rules and regulations of the Residential Reentry Center (RRC) on or before December 28, 2009 and January 13, 2010, by being terminated from the program, in violation of his special condition of supervised release.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing on February 12, 2010 at 9:00 a.m. before District Judge Robert S. Lasnik.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 20th day of January, 2010.

BRIAN A. TSUCHIDA
United States Magistrate Judge